BRAINARD AVERY et al., as Trustees, Plaintiffs, v. BRAINARD AVERY et al., as Executors of and Trustees under the Will of ISABEL A. CROSBY, Deceased, et al., Defendants; M. GEORGE THOMPSON, as Administrator of the Estate of CHARLES W. CROSBY, Deceased, et al., Respondents, and WALTER SCOTT FREE INDUSTRIAL SCHOOL FOR CRIPPLED CHILDREN, INC., Appellant.

(Submitted January 8, 1934; decided January 16, 1934.)

*Edward S. Frith* for motion.

*John Edmond Hewitt* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not the final determination of the action.